ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                                    )
                                                 )
GCC McCarthy Joint Venture IV                    )        ASBCA Nos. 60621, 60623
                                                 )
Under Contract No. W9126G-12-C-0015              )

APPEARANCES FOR THE APPELLANT:          Eric L. Nelson, Esq.
                                        Harry Z. Rippeon, Esq.
                                          Smith Currie & Hancock, LLP
                                          Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        Alexandria P. Tramel, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 14, 2018

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA Nos. 60621, 60623, Appeals of GCC
McCarthy Joint Venture IV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals